## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Maplebear, Inc. v. City of New York                    Docket No.: 26-172

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Matthew P. Gizzo

Firm: Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

Address: 1270 Avenue of the Americas, 24th Floor, New York, NY 10020

Telephone: 212-492-2500                                   Fax: 212-492-2501

E-mail: matthew.gizzo@ogletree.com

Appearance for: Non Party - Manhattan Institute for Policy Research
                              (party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
                                                    (name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
                                                    (name/firm)

☐ Additional counsel (co-counsel with: _____ )
                                            (name/firm)

☑ Amicus (in support of: Manhattan Institute for Policy Research )
                              (party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: _____

Type or Print Name: Matthew P. Gizzo