### NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Maplebear, Inc. v. City of New York _____ Docket No.: 26-172 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Ephraim A. McDowell

Firm: Cooley LLP

Address: 1299 Pennsylvania Avenue, NW, Suite 700, Washington, DC 20004

Telephone: 202-842-7800 _____ Fax: 202-842-7899

E-mail: emcdowell@cooley.com

Appearance for: Instacart Shoppers / Amici Curiae
(party/designation)

**Select One:**

[ ] Substitute counsel (replacing lead counsel: _____ )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[✓] Amicus (in support of: Maplebear, Inc. d/b/a Instacart / Plaintiff-Appellant )
(party/designation)

### CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

[ ] I applied for admission on _____ .

Signature of Counsel: /s/ Ephraim A. McDowell

Type or Print Name: Ephraim A. McDowell